WCH:ld

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-21684



CIV-GRAHAM

MAGISTRATE JUDGE
GARBER

UNITED STATES OF AMERICA,

Plaintiff,

v.

TWENTY THOUSAND DOLLARS
($20,000.00) IN U.S. CURRENCY,

Defendant.
_____/

## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, hereby files this Complaint for Forfeiture in Rem and states:

1. This is a civil action for forfeiture in rem of TWENTY THOUSAND DOLLARS ($20,000.00) IN U.S. CURRENCY ("defendant currency").

2. This Court has jurisdiction and venue over this action pursuant to 28 U.S.C. §§ 1345, 1355(a), (b)(1), 1395 and 2461, in that the defendant currency was seized in the Southern District of Florida and will remain within the District during the pendency of this action.

3. The United States seeks forfeiture of the defendant property pursuant to 21 U.S.C. § 881(a)(7) arising from violations of 21 U.S.C. § 801 et seq..

## FACTS

4. On or about November 9, 2002, following a meeting in Key Largo, Florida with Devon Brown and United States Customs Agent C. Michael Hedrick, acting in an undercover

capacity, arrangements were made to transport approximately eleven (11) bales of marijuana from Key West, Florida to a residence located at 799 N.W. 151 Street, Opa Locka, Florida.

5. Winston Hall, along with his wife, were the owners of the building located at 799 N.W. 151 Street, Opa Locka, Florida. On November 11, 2002, Winston Hall agreed to accept delivery of the eleven bales of marijuana at this address.

6. On or about November 11, 2002, Special Agent Hedrick, along with a number of federal and state law enforcement officers, conducted a controlled delivery of the eleven bales of marijuana at 799 N.W. 151 Street, Opa Locka, Florida.

7. On or about November 11, 2002, Winston Hall, along with another individual, accepted delivery of the eleven bales of marijuana from Special Agent Hedrick at 799 N.W. 151 Street, Opa Locka, Florida. .

8. Following the delivery of the marijuana, Winston Hall and others were arrested by federal law enforcement agents and subsequently charged in a six count Indictment in the case of United States v. Winston Hall et al, Case No 02-20974-CR-GRAHAM. Counts 1 and 2 charged Hall and others with violations of Title 21, United States Code Section 963. Counts 3, 4 and 5 charged Hall and others with violations of Title 21, United States Code Section 841 while Count 6, charged Hall alone with a violation of Title 21, United States Code, Section 856. In addition to these charges, the Indictment sought, inter alia, the forfeiture of all of Winston Hall's interest in the property located at 799 N.W. 151 Street, Opa Locka, Florida, pursuant to Title 21, United States Code, Section 853, as property used or intended to be used to facilitate the above-described charges.

9. On or about March 3, 2004, Winston Hall plead guilty to Count 4 of the

Indictment and subsequently consented to the forfeiture of $20,000.00 in lieu of forfeiting his interest in the property located at 799 N.W. 151 Street, Opa Locka, Florida. The $20.000.00 represents Winston Hall's equity in the property located at 799 N.W. 151 Street, Opa Locka, Florida..

10.     Based on the foregoing, the defendant currency constitutes Winston Hall's interest in real property which was used or intended to be used to commit or facilitate the violation of Title 21, United States Code, Section 841.of which he was convicted and is thereby forfeit to the United States pursuant to 21 U.S.C. § 881(a)(7).

WHEREFORE, Plaintiff United States of America requests that a warrant of arrest be issued for the defendant property; that the Court direct any and all persons having any claim to the defendant property to file and serve their Verified Claims and Answers as required by 18 U.S.C. § 983(a)(4) and the Supplemental Rules for Certain Admiralty and Maritime Claims, or suffer default thereof, together with such other and further relief as may be just; that the defendant property be condemned and forfeited to the United States of America for disposition

according to law; and that the Plaintiff be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

                Respectfully submitted,

                MARCOS DANIEL JIMENEZ
                UNITED STATES ATTORNEY

By: *[signature]*
                WILLIAM C. HEALY
                Assistant U.S. Attorney
                99 NE 4th Street
                Miami, Florida 33132-2111
                Fla. Bar No. 0848395
                Tel: (305) 961-9438
                Fax: (305) 536-7599
                william.healy@usdoj.gov

## VERIFICATION

I, Randall Richardson, Special Agent, United States Immigration and Customs Enforcement, Department of Homeland Security, hereby declare under penalty of perjury as provided by 28 U.S.C. § 1746, that the foregoing Complaint for Forfeiture in Rem is based upon information known and/or was imparted to me, and that the facts alleged therein are true and correct to the best of my knowledge and belief.

EXECUTED, on this 8th day of July 2004.

Randall A. Richardson
RANDALL RICHARDSON
SPECIAL AGENT
UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT

5

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

04-21684

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
Twenty Thousand Dollars ($20,000) in U.S. currency

MAGISTRATE JUDGE
GARBER

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
AUSA William C. Healy
99 NE 4th Street
(305) 961-9438

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE: (DADE,) MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
[X] 1 U.S. Government Plaintiff
[ ] 2 U.S Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

Dade 1:04CV21684 DLG/BLG

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B[ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury - Med. Malpractice | B[ ] 620 Other Food & Drug | | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury - Product Liability | B[X] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 423 Withdrawal 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | B[ ] 630 Liquor Laws | A PROPERTY RIGHTS | B[ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | B[ ] 640 R.R & Truck | | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | PERSONAL PROPERTY | B[ ] 650 Airline Regs. | [ ] 820 Copyrights | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| B[ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | B[ ] 660 Occupational Safety/Health | [ ] 830 Patent | [ ] 810 Selective Service |
| B[ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | B[ ] 690 Other | [ ] 840 Trademark | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | A LABOR | B SOCIAL SECURITY | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | B[ ] 510 Motions to Vacate Sentence | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
| B[ ] 220 Foreclosure | [ ] 442 Employment | HABEAS CORPUS: | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | B[ ] 530 General | | FEDERAL TAX SUITS | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | | A[ ] 535 Death Penalty | [ ] 790 Other Labor Litigation | A[ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare | B[ ] 540 Mandamus & Other | | | |
| [ ] 290 All Other Real Property | [ ] 440 Other Civil Rights | [ ] 550 Civil Rights | A[ ] 791 Empl. Ret. Inc. Security Act | A[ ] 871 IRS - Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions A OR B |
| | | B[ ] 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)
21 U.S.C. § 881(a)(7)

LENGTH OF TRIAL
via 1 days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] YES [ ] NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 7/8/04
SIGNATURE OF ATTORNEY OF RECORD
Wm. C. Healy, AUSA

## FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.